IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001880-RBJ

MI COCINA, LTD,

    Plaintiff,

v.

MI COCINA & CANTINA, LLC,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Having considering the Joint Stipulation of Dismissal by All Parties filed by Mi Cocina, Ltd., on the one hand, and by Mi Cocina & Cantina, LLC, on the other hand, the Court **GRANTS** the relief requested.

**IT IS ORDERED** that the claims made in this matter against and between Mi Cocina, Ltd., on the one hand, and Mi Cocina & Cantina, LLC, on the other hand, are **DISMISSED WITH PREJUDICE**, with attorneys' fees and court costs to be borne by the party who incurred them.

DATED this 5th day of September, 2014.

            BY THE COURT:

            _____
            R. Brooke Jackson
            United States District Judge